# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**D.R,** the Mother, and **J.C.,** the Father,
Appellants,

v.

## DEPARTMENT OF CHILDREN AND FAMILIES
and **GUARDIAN AD LITEM,**
Appellees.

Nos. 4D21-1293 & 4D21-1397

[September 15, 2021]

Consolidated appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley Zuckerman, Judge; L.T. Case No. 50-2019-DP-000810-XXXX-MB.

Carla Lowry, Fort Lauderdale, and Brooke Elvington, Dunedin, for appellant D.R., the Mother.

William DiRenzo, Fort Lauderdale, for appellant J.C., the Father.

Andrew Feigenbaum of the Department of Children and Families, West Palm Beach, for appellee Department of Children and Families.

Thomasina F. Moore, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Appellate Division, Tallahassee, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***